AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Cortney Samples,  )
*Plaintiff,* )
v. )   Civil Action No.  1:20-cv-03483-SVH
Commissioner of Social Security Administration, )
*Defendant.* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge, presiding, who reversed the decision of the Commissioner and remanded the action for further administrative proceedings.

Date:   June 7, 2021                                                CLERK OF COURT

                                                                                  s/M. Nason
                                                                      *Signature of Clerk or Deputy Clerk*